# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| SUZANNE P. VARITEK, | ) | CASE NO. 4: 18 CV 1281 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Thomas M. Parker. The Report and Recommendation (ECF # 5) issued on June 7, 2018, is hereby ADOPTED by this Court, without objection.

Plaintiff sought leave to file her case *in forma pauperis*, without payment of filing fees. The Magistrate Judge reviewed her affidavit in support and found that Ms. Varitek has sufficient financial resources to cover the filing fees for this action. The report, therefore, recommends that the Court deny her application and require her to pay the filing fee, in order to proceed with this action. No timely objections to the report have been filed, and Ms. Varitek has since paid the filing fee. The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen*

*Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Magistrate Judge's Report and Recommendation in its entirely. Ms. Varitek's Motion to proceed *in forma pauperis* (ECF #2) is hereby DENIED. IT IS SO ORDERED.

*/s/ Donald C. Nugent*
DONALD C. NUGENT
United States District Judge

DATED: July 2, 2018